No. 99–7490. BEAVEN *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 99–7494. CHAIDEZ *v.* WEIR, JUDGE, SUPERIOR COURT OF CALIFORNIA, DEL NORTE COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7495. CISCO *v.* LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–7496. BROWN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7497. STEELE *v.* ALLEN ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–7499. SMALLEY *v.* MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 99–7500. RICHARDS *v.* TRUSTEES OF UNIVERSITY OF MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied.

No. 99–7502. MITCHELL *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 99–7507. MITCHELL *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–7509. JOHNSON ET AL. *v.* THALER, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–7515. MATIC *v.* MEISSNER ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–7522. ZANDER *v.* OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 99–7524. WRONKE *v.* MADIGAN, SHERIFF, CHAMPAIGN COUNTY, ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 99–7525. WEEKS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.